756

No. 205. Globe Liquor Co., Inc. *v.* San Roman et al., doing business as International Industries. Certiorari granted. *Ben W. Heineman* for petitioner. *Nat M. Kahn* for respondents. 

No. 225. Bakery Sales Drivers Local Union No. 33 et al. *v.* Wagshal, trading as Wagshal's Delicatessen. Certiorari granted. Mr. Justice Rutledge took no part in the consideration or decision of this application. *Joseph A. Padway, Herbert S. Thatcher* and *Jacqueline Wemple* for petitioners. *William E. Leahy* for respondent. 

No. 227. Commissioner of Internal Revenue *v.* Sunnen. Certiorari granted. *Acting Solicitor General Washington* for petitioner. *C. P. Fordyce* for respondent. 

No. 17, Misc. Bute *v.* Illinois. Certiorari granted. 

*Certiorari Denied. (See also Nos. 197, 201, 226, supra.)*

No. 65. McCallum & Robinson, Inc. *v.* Henwood, Trustee. Certiorari denied. *A. Longstreet Heiskell* for petitioner. 

